

# WILLIAM G. SCHWAB & ASSOCIATES
## Attorneys at Law

811 Blakeslee Blvd Drive East
P.O. Box 56
Lehighton, PA 18235
(610) 377-5200
(570) 704-5330
Fax (610) 377-5209

William G. Schwab*

Adam R. Weaver
Scot M. Wisler
Sarah J. Tomlinson

Gettysburg House
88 North Franklin Street
Wilkes-Barre, PA 18701

**REPLY TO LEHIGHTON**

Writer's Direct Email:
schwab@uslawcenter.com

*Board Certified-Business Bankruptcy
American Board of Certification
Named a Pennsylvania Super Lawyer
2007 2009 2010

January 28, 2011

Clerk's Office
United States Bankruptcy Court
Middle District of Pennsylvania
197 South Main Street
Wilkes-Barre, PA 18701

RE: **EMCEE Broadcast Products, Inc.**
   **Chapter 7 Bankruptcy, Case No. 5-03-50771**
   **Our File No. 8501-1**

Dear Sir/Madam:

I am writing to advise you that I made final distribution in the above case and have the following funds remaining on account with Bank of America:

| Name | Claim No. | Amount |
|---|---|---|
| Zenith Electronics Corp. Eulera<br>100 E. Pratt St., 5th Floor<br>Baltimore, MD 21202 | 2 | $10,212.32 |
| Decathlon Communications Inc.<br>Martin Franel<br>17 Sedgwick Drive<br>Englewood, CO 80110 | 7 | $59,389.62 |
| Audomar SA<br>Cuareim 1991<br>Montevideo | 9 | $4,049.44 |
| Deltron Inc.<br>290 Wissahickon Avenue<br>P.O. Box 1369<br>North Wales, PA 19454 | 23 | $1,206.09 |

*Local Attorneys Who Know Carbon County*

| Creditor | No. | Amount |
|---|---|---|
| Bay Pointe Technology<br>6670 W. Snowville Road, Unit 4<br>Brecksville, OH 44141 | 31 | $76.46 |
| E2V Technologies, Inc.<br>4 Westchester Plaza<br>Elmsford, NY 10523 | 35 | $9,101.73 |
| Harry Krantz Co. Inc.<br>120 Broadway<br>Garden City, NY 11040 | 37 | $153.25 |
| NUI Telecom<br>P.O. Box 6095<br>Elizabeth, NJ 07207-6095 | 47 | $74.30 |
| Earthlink, Inc.<br>P.O. Box 7645<br>Atlanta, GA 30357-0645 | 49 | $136.30 |
| GAS General Services Administration<br>P.O. Box 73221<br>Chicago, IL 60673 | 62 | $115.91 |
| Component Distributors, Inc.<br>11130 Main Street, Suite 250<br>Fairfax, VA 22030 | 84 | $3,371.47 |
| KEPCO<br>P.O. Box 19231A<br>Newark, NJ 07195-0231 | 86 | $142.47 |
| Bomar Electronics Co. Inc.<br>Montgomery Office Plaza<br>589 Bethlehem Pike<br>Montgomeryville, PA 18936 | 89 | $74.11 |
| Aavid Thermalloy<br>One Kool Path<br>Box 400<br>Laconia, NH 03246 | 94 | $598.83 |

| Creditor | Claim # | Amount |
|---|---|---|
| Powell Electronics Inc.<br>Island Road<br>Enterprise Avenue<br>Philadelphia, PA 19101 | 96 | $161.67 |
| Eastern Scientific Marketing<br>LBM Bldg. Rts. 309 & 463<br>Montgomeryville, PA 18936 | 98 | $426.91 |
| Zenith Electronics Corp.<br>P.O. Box 13464<br>Newark, NJ 07188 | 100 | $10,212.32 |
| Control Concepts Corp.<br>328 Water Street<br>Binghamton, NY 13902 | 108 | $257.68 |
| EFD, Inc.<br>977 Waterman Avenue<br>East Providence, RI 02914 | 116 | $28.39 |
| ADP<br>400 Covina Blvd.<br>San Dimas, CA 91773 | 120 | $231.69 |
| JDR Microdevices<br>1850 S. 10th Street<br>San Jose, CA 95112 | 125 | $114.31 |
| SSA Global Technologies, Inc.<br>500 W. Madison Ste 1600<br>Chicago, IL 60661 | 131 | $3,333.30 |
| Martin D. Cohn<br>100 Harding Street<br>Hazleton, PA 18201-6829 | 195 | $15,595.49 |
| SSA Global Technologies, Inc.<br>500 W. Madison Ste 1600<br>Chicago, IL 60661 | 213 | $4,583.31 |

Accordingly, enclosed please find Check No. 534 in the amount of $124,038.73, representing the unclaimed funds in this case that I wish to turnover to the Bankruptcy Court.

Thank you for your consideration of this matter.

Very sincerely yours,

WILLIAM G. SCHWAB & ASSOCIATES:

William G. Schwab

Enclosure

WGS/era

1-28-11.era EMCEE-8501-1.68