# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: Emcee Broadcast Products, Inc. )

)  Case No. 03-50771
)  PETITION FOR UNCLAIMED
)  FUNDS AND ORDER THEREON

I, the undersigned petitioner, under penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct:

1. I am petitioning to receive the total amount of $ 3,371.47 on behalf of the creditor Component Distributors, Inc.

2. [Please check and complete the applicable subparagraph below]s:

_____ A.   I am the creditor named in point 1.

_____ B.   I am an employee of the creditor named in point 1 and my title is _____.
and I am authorized by the creditor to file this petition.

XXX C.   I am the lawful attorney-in-fact for the creditor named in point 1 and I am duly authorized by the attached original power of attorney to file this petition. I am aware of all pertinent state law requirements regarding such powers of attorney. The following is the creditor's address and phone number, and a brief history of the creditor (from filing of the claim to present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s):
Component Distributors, Inc. listed Fairfax, VA on the proof of claim. The account statement read Ft. Lauderdale, Fl. Documentation regarding Component Distributors reflected office in Ft. Lauderdale, FL with offices across the US. Current address is listed below.

Component Distributors, Inc.
c/o Dan Miller
2601 Blake Street, Suite 200
Denver, CO 80205

RECEIVED / Filed WILKES BARRE PA
APR 2 1 2011
Clerk, U.S. Bankruptcy Court

_____ D. Subparagraphs A, B & C above do not apply, but I am entitled to payment of such monies because (state basis for your claim):

Case 5:03-bk-50771-JJT   Doc 296   Filed 04/21/11   Entered 04/26/11 08:06:58   Desc

3. Petitioner has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding, the funds at issue.

4. I understand the, pursuant to 18 U.S.C. S152, I shall be fined not more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document.

5. On April 19, 2011, a copy of this document (fully completed) was mailed to the U.S. Attorney at P.O. Box 309, Scranton, PA 18501, per 28 U.S.C. S2042.

Executed on _April 19, 2011_.

Petitioner's Signature (J. Armstrong Duffield)
J. Armstrong Duffield, attorney-in-fact for,
Component Distributors, Inc.
Type or Print Petitioner's Name
3855 S. Boulevard, Suite 200
Edmond, OK 73013
405/341-9001
Petitioner's Address

ACKNOWLEDGMENT
STATE OF OKLAHOMA, COUNTY OF OKLAHOMA

Before me, the undersigned a Notary Public, in and for said County and State on this _19th_ day of _April_, 2011, personally appeared **J Armstrong Duffield** to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its agent and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires: April 27, 2015   Notary _____

APPROVED AS TO FORM:

_____
FINANCIAL ADMINISTRATOR

IT IS SO ORDERED:

_____
Judge