# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Judge Thomas

In re: Emcee Broadcast Products, Inc.   )   5-03-50771
                                              Case No. 03-50771
                                        )   PETITION FOR UNCLAIMED
                                        )   FUNDS AND ORDER THEREON

I, the undersigned petitioner, under penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct:

1.   I am petitioning to receive the total amount of $ 20,424.64 on behalf of the creditor Zenith Electronics Corp

2.   [Please check and complete the applicable subparagraph below]s:

   ___ A.   I am the creditor named in point 1.

   _____ B.   I am an employee of the creditor named in point 1 and my title is_____
             and I am authorized by the creditor to file this petition.

   **XXX** C.   I am the lawful attorney-in-fact for the creditor named in point 1 and I am duly authorized by the attached original power of attorney to file this petition. I am aware of all pertinent state law requirements regarding such powers of attorney. The following is the creditor's address and phone number, and a brief history of the creditor (from filing of the claim to present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s):
             (( TAX ID # 36-2797074))
             Zenith Electroinic Corp.
             2000 Millbrook Drive
             Lincolnshire, IL 60069
             Jack Kail, Chief Patent Counsel
             847/941-8011
   Zenith has had various address during the past years following acquisition by LG.

   _____ D. Subparagraphs A, B & C above do not apply, but I am entitled to payment of such monies because (state basis for your claim):

3. Petitioner has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding, the funds at issue.

4. I understand the, pursuant to 18 U.S.C. S152, I shall be fined not more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document.

5. On _____, 2011, a copy of this document (fully completed) was mailed to the U.S. Attorney at P.O. Box 309, Scranton, PA 18501, per 28 U.S.C. S2042.

Executed on 2-14-2011

Petitioner's Signature (J. Armstrong Duffield)
J. Armstrong Duffield, attorney-in-fact for,
Zenith Electronics Corp
Type or Print Petitioner's Name
3855 S. Boulevard, Suite 200
Edmond, OK 73013
405/341-9001
Petitioner's Address

ACKNOWLEDGMENT
STATE OF OKLAHOMA, COUNTY OF OKLAHOMA

Before me, the undersigned a Notary Public, in and for said County and State on this 14th day of February 2011, personally appeared **J Armstrong Duffield** to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its agent and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires: April 27, 2011    Notary _____

KATRINA J. CUTTER
Notary Public
State of Oklahoma
Commission # 05004752  Expires 04/27/11

APPROVED AS TO FORM:
FINANCIAL ADMINISTRATOR

IT IS SO ORDERED:

_____
Judge

2