**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:

| | |
|---|---|
| **EMCEE BROADCAST PRODUCTS, INC.** | Chapter: **7** |
| * **Debtors** | Case Number: **5-03-bk-50771-JJT** |
| | Document No.: **286/297** |
| | Nature of Proceeding: **Petition for Unclaimed Funds** |

# ORDER

Pursuant to hearing held June 1, 2011, regarding the Petition for Unclaimed Funds (See Docs. #286 and #297) filed in the above-captioned matter by J. Armstrong Duffield, attorney-in-fact for Zenith Electronics Corp., petitioning the Court to disburse unclaimed funds in the amount of $20,424.64 on behalf of creditor Zenith Electronics Corporation, **IT IS HEREBY**

**ORDERED** that the Petition is granted, in part, and denied, in part. Claim Number 100 filed by Zenith Electronics Corp. is deemed by the Court to be a duplicate of Claim Number 2 and is therefore disallowed. The Petition will be granted in the amount of $10,212.32 representing Claim Number 2 filed by Euler/American Credit Indemnity Agent of Zenith Electronics Corporation.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(CMS)

Date: June 7, 2011

MDPA-ABLANK2.WPT - REV 11/04

Case 5:03-bk-50771-JJT    Doc 308    Filed 06/07/11    Entered 06/07/11 16:22:40    Desc
Main Document    Page 1 of 1