# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**EMCEE BROADCAST PRODUCTS, INC.**

\* Debtors

Chapter: 7

Case Number: 5:03-bk-50771-JJT

Document No.: 317

Nature of Proceeding: Order granting Petition for Unclaimed Funds (#314)

# ORDER

**WHEREAS**, pursuant to hearing held October 17, 2013, an Order was entered granting a Petition for Unclaimed Funds filed by funds locator Keys Research on behalf of creditor/claimant, Laputka, Bayless, Ecker & Cohn, PC (See Docs. #314, #317).

**WHEREAS**, upon the Clerk's review of internal financial records, it was discovered that the above claim was previously paid as follows: On March 3, 2011, a Petition for Unclaimed Funds was filed in this case by a different funds locator (J. Armstrong Duffield) on behalf of the same creditor (Laputka, Bayless, Ecker & Cohn PC). The Petition was granted on March 17, 2011 and paid on March 29, 2011.

**THEREFORE**, **IT IS HEREBY ORDERED** that the Court vacates the Order granting the Petition for Unclaimed Funds filed at Doc. #317 inasmuch as it was previously paid.

**IT IS FURTHER ORDERED** that the Petition for Unclaimed Funds filed at Doc. #314 is denied as being a duplicate.

Date: January 7, 2014

By the Court,

_____
John J. Thomas, Bankruptcy Judge

(CMS)